Frank J. BOEHM, Appellant, v. UNION ELECTRIC POWER CO., a corporation (Substituted for Union Electric Company of Illinois, a corporation).

No. 14244.

United States Court of Appeals Eighth Circuit.

Jan. 4, 1951.

Charles J. Margiotti, Sebastian Pugliese, Pittsburgh, Pa., Paul Dillon and Mr. Claude O. Pearcy, St. Louis, Mo., for appellant.

Jacob M. Lashly and Israel Treiman, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court in 92 F.Supp. 177, dismissed, on motion of appellee.

Frank J. BOEHM, Appellant, v. UNION ELECTRIC COMPANY OF MISSOURI, a corporation (Substituted for Mississippi River Power Company, a corporation).

No. 14243.

United States Court of Appeals Eighth Circuit.

Jan. 4, 1951.

Charles J. Margiotti, Sebastian Pugliese, Pittsburgh, Pa., Paul Dillon and Claude O. Pearcy, St. Louis, Mo., for appellant.

Jacob M. Lashly and Israel Treiman, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court in 92 F.Supp. 177, dismissed, on motion of appellee.

FORT GAGE, Inc., a Corporation, Appellant, v. Covell R. HEWITT, Supervisor of the Department of Liquor Control of the State of Missouri, et al.

No. 14230.

United States Court of Appeals Eighth Circuit.

Jan. 31, 1951.

A. G. Jannopoulo, St. Louis, Mo., for appellant.

J. E. Taylor, Atty. Gen., State of Missouri, Frank P. Motherway, Asst. Atty. Gen., State of Missouri, James E. Crowe, City Counselor, City of St. Louis, and Frank A. Neun, Asst. City Counselor, St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed at the cost of appellant, on motion of appellant.

Ed. J. FARRANT, Petitioner, v. Percy A. LAINSON, Warden of the State Penitentiary, Fort Madison, Iowa.

No. 14302.

United States Court of Appeals Eighth Circuit.

Jan. 29, 1951.

Ed. J. Farrant, pro se.

PER CURIAM.

Petition of petitioner for certificate of probable cause denied.